

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant is represented on appeal by retained counsel, Ms. Angela Moore. Ms. Moore filed appellant's brief on August 23, 2016. The State's brief is due October 24, 2016.

On October 5, 2016, Ms. Moore filed a Motion to Withdraw as Attorney of Record, a copy of which is attached to this order. We REMAND the cause to the trial court for it to make appropriate findings and rule on these issues:

(1)  Should Ms. Moore's motion to withdraw be granted or denied?

(2)  If Ms. Moore's motion to withdraw is granted, does appellant desire to prosecute his appeal?

(3)  Is appellant indigent? If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel, if necessary.

The trial court may, in its discretion, receive evidence on the second issue by sworn affidavit from the appellant.

We further ORDER the trial court to file in this court, <u>no later than November 4, 2016</u>, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact and conclusions of law on the above issues.

The Clerk of this court is directed to attach a copy of Ms. Moore's Motion to Withdraw as Attorney of Record to this order.

The State is reminded that its brief remains due October 24, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.



Keith E. Hottle
Clerk of Court